**In the Matter of the Extradition of Charles E. MITCHELL.**

No. 49006.

Jan. 11, 1968.

Writ refused. There appears no error of law in the ruling complained of.

205 So.2d 441

**STATE of Louisiana ex rel. Mrs. Shirley Jean Leger CLARK and Walter Clark, Jr., Applying For Writ of Habeas Corpus.**

No. 49047.

Jan. 17, 1968.

Writ refused. Applicants have an adequate remedy by appeal.

205 So.2d 442

**STATE of Louisiana ex rel. Joseph A. BARRECA**

v.

**Henry J. ENGLER, Jr., Chairman Orleans Parish Democratic Executive Committee, et al.**

No. 48985.

Nov. 20, 1967.

Writ refused. The result is correct.